IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

THOMAS GOODNER and
LINDA GOODNER, individually and
on behalf of a class of all other
similarly situated individuals                                                                 PLAINTIFFS

V.                                      CASE NO. 4:12-CV-4001

CLAYTON HOMES, INC.; CMH
HOMES, INC.; and VANDERBILT
MORTGAGE & FINANCE, INC.                                                                       DEFENDANTS

## ORDER

Before the Court is a Joint Motion to Extend Deadline for Filing 26(f) Report. ECF No. 51. The parties have informed the Court that they are engaged in productive discussions that may resolve this action soon. The current deadline for filing a Joint Rule 26(f) Report was December 4, 2014. The parties have asked that the time be extended until December 18, 2014. Upon consideration, the Court finds that the joint motion (ECF No. 51) should be and hereby is **GRANTED**. The deadline for filing the Joint 26(f) Report is extended until December 18, 2014.

IT IS SO ORDERED, this 9th day of December, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge