IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| THOMAS GOODNER, and | ) | |
| LINDA GOODNER, individually and | ) | |
| On Behalf of a Class of All Other | ) | |
| Similarly Situated Individuals; | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.: 4:12-cv-04001-SOH |
| | ) | |
| CLAYTON HOMES, INC., | ) | |
| CMH HOMES, INC., and | ) | |
| VANDERBILT MORTGAGE & | ) | |
| FINANCE, INC.; | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of the above-styled civil action with prejudice, with each party to bear its own costs and attorneys' fees.

/s/ *Richard E. Norman*
Richard E. Norman

*One of the attorneys for Plaintiffs, Thomas Goodner and Linda Goodner*

**OF COUNSEL:**

Richard E. Norman
R. Martin Weber, Jr.
CROWLEY NORMAN LLP
Three Riverway, Sutie 1775
Houston, Texas 77056
(713) 651-1771

Matt Keil
John C. Goodson
KEIL & GOODSON
406 Walnut Street

Texarkana, Arkansas 71854
(870) 772-4113

Michael B. Angelovich
NIX, PATTERSON & ROACH, LLP
205 Linda Drive
Daingerfield, Texas 75638
(903) 645-7333

David L. Rumley
WIGINGTON RUMLEY DUNN & BLAIR, LLP
123 North Carrizo Street
Corpus Christi, Texas 78401
(361) 885-7500

Baldemar Gutierrez
J. Javier Gutierrez
THE GUTIERREZ LAW FIRM, INC.
700 East Third Street
Alice, Texas 78332
(361) 664-7377

Todd Turner
ARNOLD, BATSON, TURNER & TURNER, P.A.
501 Crittenden Street
P.O. Box 480
Arkadelphia, Arkansas 71923
(870) 246-9844

/s/ *Lyn P. Pruitt*
Lyn P. Pruitt, Ark. Bar No. 84121
*One of the Attorneys for Defendants*
*Clayton Homes, Inc., CMH Homes, Inc., and*
*Vanderbilt Mortgage and Finance, Inc.*

**OF COUNSEL:**

Lyn P. Pruitt, Ark. Bar No. 84121
Anton L. Janik, Jr.
MITCHELL, WILLIAMS SELIG, GATES
  & WOODYARD, P.L.L.C.
425 West Capitol Avenue
Suite 1800
Little Rock, AR 72201-3525
(501) 688-8800

Lee E. Bains, Jr., ASB-2369-I60L (Admitted *pro hac vice*)

Thomas W. Thagard III, ASB-2000-D62T (Admitted *pro hac vice*)
Edward S. Sledge, IV, ASB-6239 D60S (Admitted *pro hac vice*)
W. Thomas Mayfield, IV, ASB-1550-L62M (Admitted *pro hac vice*)
Christopher S. Randolph, Jr., ASB-4006-T67R (Admitted *pro hac vice*)
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203-2602
(205) 254-1000

W. Scott Simpson, ASB-3319-S65W (Admitted *pro hac vice*)
SIMPSON, MCMAHAN, GLICK & BURFORD, PLLC
The Mountain Brook Center
2700 Highway 280, Suite 203W
Birmingham, Alabama 35223
(205) 876-1600

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been filed pursuant to the electronic filing requirements of the United States District Court for the Western District of Arkansas on this the 31st day of December 2014, which provides for service on counsel of record in accordance with the electronic filing protocols in place.

/s/ Lyn P. Pruitt
Lyn P. Pruitt