IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

THOMAS GOODNER and
LINDA GOODNER, individually and
on behalf of a class of all other
similarly situated individuals                                              PLAINTIFFS

V.                                    CASE NO. 4:12-CV-4001

CLAYTON HOMES, INC.; CMH
HOMES, INC.; and VANDERBILT
MORTGAGE & FINANCE, INC.                                                   DEFENDANTS

## ORDER

Before the Court is a Joint Stipulation of Dismissal. ECF No. 53. The stipulation is filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly, all claims against Defendants are hereby **DISMISSED**.

**IT IS SO ORDERED**, this 5th day of January, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge